UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **JOYCE FELTON,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Case No. 1:20-cv-00369-DBH** |
| **STATE OF MAINE**, | ) ) ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendant are dismissed with prejudice and without attorney's fees or costs to either party.

Dated: October 12, 2021

*/s/ Danielle Quinlan*

Danielle Quinlan, Esq. Bar No. 5480
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, Maine 04043
(207) 502-7484
dquinlan@whiteandquinlan.com

*/s/ Kelly L. Morrell*

Kelly L. Morrell, AAG
*Attorney for Defendant*
Office of the Attorney General
6 State House Station
Augusta, Maine 04333-0006
(207) 626-8552
Kelly.l.morrell@maine.gov

1

## CERTIFICATE OF SERVICE

    I, Danielle Quinlan, hereby certify that on this 12th day of October, 2021, I served the foregoing Stipulation of Dismissal with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: October 12, 2021             */s/ Danielle Quinlan*

                                         Danielle Quinlan, Esq. Bar No. 5480
                                         *Attorney for Plaintiff*
                                         WHITE & QUINLAN, LLC
                                         62 Portland Road, Suite 21
                                         Kennebunk, Maine 04043
                                         (207) 502-7484
                                         dquinlan@whiteandquinlan.com